## No. 15,422.

GUTHNER ET AL. *v.* BUFFINGTON.
(178 P. [2d] 676)

Decided March 10, 1947. Rehearing denied March 31, 1947.

An action for damages for personal injuries. Judgment for plaintiff. Affirmed in department without written opinion, Mr. Chief Justice Burke, Mr. Justice Jackson and Mr. Justice Luxford, participating.

Mr. MALCOLM LINDSEY, Mr. GLENN G. SAUNDERS, Mr. THOMAS E. BOYLES, for plaintiffs in error.

Mr. EARL J. HOWER, for defendant in error.